RECEIVED

MAY 0 8 2001

JMK

Vincent DiCarlo SBN: 139896
Law Office of Vincent DiCarlo
300 Capitol Mall, Suite 1100
Sacramento, California 95814
Telephone: (916) 444-4459
Facsimile: (916) 444-4462

Attorney for BVI Secure Ltd.,

FILED

MAY 2 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LODGED

MAY 18 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BVI SECURE LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>PAINEWEBBER, INC., NATHAN G. KATZ, JOHN E. GEOGHAN, and M. BETH LENNOX,<br><br>Defendants. | NO: CIV.S-01-0444 GEB GGH<br><br>STIPULATION AND [PROPOSED] ORDER RE STAY OF ACTION PENDING SUBMISSION TO ARBITRATION |

An agreement exists to submit the dispute between the plaintiff and the defendants to binding arbitration before the National Association of Securities Dealers, Inc., in accordance with its rules and constitution; and,

The United States Arbitration Act, 9 U.S.C. Section 3 provides for the entry of an order staying any action referable to arbitration;

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective attorneys, as follows:

1. Each of the defendants hereby accepts service of the Summons and Complaint in this action.

2. This case is ordered to arbitration before the National Association of Securities Dealers, Inc. in accordance with



10

its constitution and rules,

3. The parties to this action shall submit the claims asserted herein to arbitration in accordance with this order, and,

4. This action is hereby stayed, with the Court retaining jurisdiction to confirm or vacate an award, otherwise to enforce the provisions of the United States Arbitration Act with respect to the dispute between the parties hereto, and for such other and further proceedings in this case as may be just and proper.

MUNGER, TOLLES & OLSON, LLP
GEORGE M. GARVEY (SBN 89543)

Dated: ~~April~~ May 8, 2001

By: ______________________
Attorneys for Defendants PaineWebber, Inc., John E. Geoghan and M. Beth Lennox

Dated: April 26, 2001

______________________
Nathan G. Katz, pro se

Dated: April 27, 20001

______________________
Vincent DiCarlo, Attorney for BVI Secure, Ltd.

ORDER

It is so ordered.

______________________
Judge
United States District Court

kdc

United States District Court
for the
Eastern District of California
May 22, 2001

* * CERTIFICATE OF SERVICE * *

2:01-cv-00444

BVI Secure Ltd

v.

Painewebber Inc

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 22, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Vincent DiCarlo
Law Offices of Vincent DiCarlo
300 Capitol Mall
Suite 1100
Sacramento, CA 95814

SF/GEB

VC/GGH

Jack L. Wagner, Clerk

BY: [signature]
Deputy Clerk